**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)**
**CASE NO.: 3:19-cv-01091-ARC**
**(Judge A. Richard Caputo)**

JOSEPH FORD, JR., AND EDWARD PERHWITZ, individually and on behalf of all others similarly situated,

**CLASS ACTION**

Plaintiffs,

v.

USHEALTH GROUP, INC., AND USHEALTH ADVISORS, LLC,

Defendants.
_______________________________________/

**USHEALTH GROUP, INC.'S MOTION**
**TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**
**AND INCORPORATED MEMORANDUM OF LAW**

Defendant, USHEALTH Group, Inc., pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), files this Motion to Dismiss Plaintiffs Joseph Ford, Jr. and Edward Pershwitz's First Amended Class Action Complaint for Lack of Personal Jurisdiction and failure to state a claim. For the reasons set forth in the attached Brief in support of the instant Motion, Defendant USHEALTH Group, Inc. requests that the Court enter an order dismissing Plaintiffs' First Amended Class Action Complaint.

Dated: September 30, 2019

Respectfully submitted,

**GREENSPOON MARDER LLP**

BY: */s/ Gregg I. Strock*
JEFFREY A. BACKMAN (*pro have vice)*
Florida Bar No. 662501
GREGG I. STROCK (*pro hac vice*)
Florida Bar No. 1010140
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
gregg.strock@gmlaw.com
marie.kusek@gmlaw.com

*AND*

**POST & SCHELL, P.C.**
BRYAN M. SHAY, ESQ.
I.D. # 205953
1600 JFK Blvd., 13th Floor
Philadelphia, PA 19103
(215) 587-1182
bshay@postschell.com

*Attorneys for USHEALTH Group, Inc.*

**I HEREBY CERTIFY** that I have filed the foregoing document with the Clerk of Court via CM/ECF on September 30, 2019. I further certify that any party that enters an appearance in this matter will receive a copy of this document via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notice of Electronic Filing.

BY: */s/ Gregg I. Strock*
Gregg I. Strock