# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)**

**CASE NO.: 3:19-cv-01091-ARC**

JOSEPH FORD, JR., AND EDWARD PERHWITZ, individually and on behalf of all other similarly situated,

**CLASS ACTION**

Plaintiff,

v.

USHEALTH GROUP, INC.,

Defendant.

_______________________________________/

**DECLARATION OF USHEALTH GROUP, INC.**

1. My name is Konrad H. Kober. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of USHEALTH Group, Inc. ("USHG").

2. I currently serve USHG as its Chief Administrative Officer. I am familiar with the nature of USHG's business dealings and transactions with third parties. I am authorized to make this declaration on behalf of USHG.

3. USHG is a Delaware Corporation with its principal place of business in Fort Worth, Texas.

4. USHG is a holding company for numerous subsidiaries, including USHEALTH Advisors, LLC, and does not offer or underwrite any type of insurance product.

5. As an insurance holding company, USHG is neither a licensed insurance company nor a licensed insurance agency; it does not market, sell or underwrite any insurance products.

6. USHG and each if its subsidiaries are separate and distinct entities. Each company has its own governing board and holds separate meetings of its governing body; makes independent decisions without the approval of the other, including but not limited to hiring decisions; and employs separate accounting procedures and maintains separate records.

7. USHG does not exert any control over USHA's daily affairs.

8. USHG does not maintain any corporate offices in the State of Pennsylvania, does not own, occupy, rent or lease property or have any personal property in the State of Pennsylvania.

9. USHG does not have any bank accounts, employees, mailbox addresses, or telephone numbers in the State of Pennsylvania, and does not pay taxes in the State of Pennsylvania.

10. USHG is not licensed to do business in Pennsylvania.

11. USHG has not attempted to procure or solicit business or a business relationship from any individual or business entity within the State of Pennsylvania.

12. USHG has not created or published any advertising material that is directed toward the state or consumers in Pennsylvania.

13. USHG did not authorize any employees, independent contractors or third parties or agents to send text messages or make telephone calls on its behalf in the State of Pennsylvania.

14. USHG has never owned or operated a call center in Pennsylvania.

15. USHG has never authorized, directed, or attempted to procure or solicit a business relationship with Angel Williams, Mike Bixler, Terri Herrera, Guillermo Salazar, Brian Colon Rosado, Javier Cruz, or Destiny Granger, and has never employed these individuals.

16. Although Plaintiffs did not identify the last names of the insurance agents identified in the Class Action Complaint as Sam, Rachel, Zac, Randy, Anthony, Giovanni, and Korelle, USHG does not contract with or employ any insurance agents, therefore I am certain that USHG has never authorized, directed, or attempted to procure or solicit a business relationship with, or employed, any of these individuals as well.

17. USHG has no contractual relationship or right to control the activities of any of the individuals identified above in Paragraphs 15 and 16.

18. USHG did not authorize, make, or direct the text messages or telephone calls alleged to have been made to Plaintiffs – or any others like it.

19. USHG does not conduct telemarketing or make telephone calls or send text messages to solicit sales from potential customers.

20. USHG has never controlled, directed, or authorized any person to make telephone calls or text messages for marketing purposes with an auto-dialer or pre-recorded message.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Konrad H. Kober, on behalf of USHEALTH GROUP, INC.

Executed on Monday, September 30, 2019.