**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSEPH FORD JR., *et al.*,**<br>*Plaintiffs,*<br>*v.*<br>**USHEALTH GROUP, INC., *et al.*,**<br>*Defendants.* | Case No. 3:19-CV-01091-JEJ<br><br><br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, Joseph Ford Jr., Edward Pershwitz, and Defendants, USHEALTH Advisors, LLC and USHEALTH Group, Inc., by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiffs' claims against Defendants. Each Party shall bear their own respective costs and attorneys' fees, except as may otherwise be agreed by the parties. This Stipulation for Dismissal disposes of the entire action.

Dated: July 29, 2020

By: */s/ Jeffrey A. Backman*
Jeffrey A. Backman (*pro hac vice*)
Gregg I. Strock (*pro hac vice*)
GREENSPOON MARDER LLP
200 E. Broward Blvd, Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
Jeffrey.backman@gmlaw.com

Bryan M. Shay
I.D. # 205953
POST & SCHELL, P.C.
1600 JFK Blvd., 13th Floor
Philadelphia, PA 19103
Phone: 215-587-1182
E-mail:bshay@postschell.com

*Attorneys for Defendants*

By: */s/ Benjamin F. Johns*
Benjamin F. Johns (PA ID No. 201373)
Andrew W. Ferich (PA ID No. 313696)
Mark B. DeSanto (PA ID No. 320310)
CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
Email: bfj@chimicles.com
awf@chimicles.com
mbd@chimicles.com

Stefan Coleman (admitted *pro hac vice*)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs hereby certifies that on July 29, 2020, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: July 29, 2020

Respectfully Submitted,

By: __/s/ *Benjamin F. Johns*___________
Benjamin F. Johns